**Fill in this information to identify the case:**

Debtor 1  Patricia Silva

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __California__
(State)

Case number  19-02918-LT13

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account:  2 0 9 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 7/23/2019: Proof of Claim/Plan Review | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| Debtor 1 | Patricia Silva | Case number (if known) | 19-02918-LT13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date  11 / 06 / 2019

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial Corporation
ATTN: PAYMENT PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE #** ▮▮▮▮▮▮
**DATE** 07/23/2019

**S&B FILE NUMBER**
▮▮▮▮▮▮▮

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Silva, Patricia  - ▮▮▮▮▮▮ - Plan review, Proof of claim | 1 | 650.00 | 650.00 |

**BALANCE DUE**  **$650.00**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

In Re:                                                  Case No. 19-02918-LT13

Patricia Silva                                          Chapter 13

Debtor.                                                 Judge Laura S. Taylor

## PROOF OF SERVICE

I, D. Anthony Sottile, am employed by Sottile & Barile, LLC, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is: 394 Wards Corner Road, Suite 180, Loveland, OH 45140.

On June 6, 2019, a true and correct copy of Home Point Financial Corporation's Notice of Postpetition Mortgage Fees, Expenses, and Charges was served, as indicated below, by the Court via electronic notice and/or by first class United States Mail address to:

Patricia Silva, Debtor
6805 Jamacha Rd
San Diego, CA 92114
(VIA U.S. MAIL)

George Panagiotou, Debtor's Counsel
2404 Broadway
San Diego, CA 92102
Gpanagio1@gmail.com
(VIA ELECTRONIC SERVICE)

David L. Skelton, Chapter 13 Trustee
525 B St., Suite 1430
San Diego, CA 92101-4507
admin@ch13sdcoxmail.com;  dskelton13@ecf.epiqsystems.com
(VIA ELECTRONIC SERVICE)

United States Trustee
880 Front Street
Suite 3230
San Diego, CA 92101
ustp.region15@usdoj.gov
(VIA ELECTRONIC SERVICE)

I declare under penalty of perjury that the foregoing is true and correct.

| Dated: November 6, 2019 | /s/ D. Anthony Sottile |
|---|---|
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |